FRED WILLERT v. MINNESOTA FARMERS' MUTUAL INSURANCE COMPANY.[2]

December 31, 1909.

Nos. 16,329—(115).

Action in the district court for Hennepin county to recover $550 upon an adjusted loss under defendant's policy of insurance. The case was tried before Simpson, J., who made findings and ordered judgment in favor of plaintiff. From the judgment entered pursuant to the order, defendant appealed. Affirmed.

*James A. Peterson* and *Alfred H. McVey*, for appellant.

*A. E. Horn*, for respondent.

[1] Reported in 123 N. W. 1085.
[2] Reported in 123 N. W. 1085.

PER CURIAM.

Judgment affirmed, for the reasons given in Strampe v. Minnesota Farmers' Mutual Ins. Co., supra, page 364, 123 N. W. 1083.